# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD WARD and REBECCA WARD, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 19-695 |
| | ) | District Judge Joy Flowers Conti |
| v. | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| LATHAM POOL PRODUCTS, INC., | ) | ECF No. 5 |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 6th day of November, 2019, after Plaintiffs Richard Ward and Rebecca Ward ("Plaintiffs") filed an action in the above-captioned case, and after a Motion to Dismiss or, in the Alternative, Motion for a More Definite Statement, was filed by Defendant Latham Pool Products, Inc., ECF No. 5, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until October 23, 2019, to file written objections thereto, ECF No. 12, and no Objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion to Dismiss or, in the Alternative, for a More Definite Statement, ECF No. 5, is denied.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as

provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

BY THE COURT:

/s/ Joy Flowers Conti
JOY FLOWERS CONTI
Senior United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

All Counsel of Record Via CM-ECF